# EXHIBIT A



**wisper™** Wireless Is What We Do...
Service Is Our Passion!

**FINAL NOTICE**
**DEFAULT OF PAYMENT**

Date of Issue: 2012/05/24
Name: Amanda Barth
Amount Due: $ 289.98

As of the date of this notification, your WisperISP account records indicate an extended delinquent status. It is important that you take immediate action to bring your account into good standing, as failure to do so will result in escalated collection efforts."

In event that your account balance is not paid in full, within 14 days of this letter's issue date, your account will be processed as follows:

- Turned over to a contracted Collections and Reporting Agency
- Subject to charges incurred by contracted Agencies (Not included at this time)
- Account Cancellation Fees applied (Not included at this time)
- Equipment Recovery

**IMPORTANT:**
**This is the last notification and opportunity to resolve this issue directly with WisperISP. All account payments and correspondences required beyond the stated deadline will be handled directly by a contracted Collection and Reporting Agency.**

Our billing office hours are Monday – Friday 8:00am to 5pm. You may call us at 618-206-4190 or email us at billing@wisperisp.com . We do accept phone payments via debit card, credit card, or ACH check withdrawal. There is no additional charge for payment over the phone.

Your business is always important to WisperISP. We hope that this matter may be resolved so we can continue to provide your internet and connectivity services. If payment has already been applied, bringing your account into good standing, we thank you and apologize for the inconvenience of the letter.

---

WisperISP Inc.   PO Box 1328   O'Fallon, IL 62269   Phone: 618.206.4190   Fax: 866.282.3580   billing@wisperisp.com

**YOUR IMMEDIATE ATTENTION IS REQUIRED**