# EXHIBIT B

**ROSENTHAL, MORGAN, AND THOMAS INC.**
A PROFESSIONAL RECOVERY CORPORATION
12747 OLIVE BLVD, SUITE 250
SAINT LOUIS, MISSOURI 63141
(800) 361-0363

6/8/2012

Amanda Barth



Creditor: WISPER ISP, INC
Account: 5328X
Amount Due: $376.97
File Number: 310296

Dear Sir or Madam,

**The above referenced account has been placed in our office for collection.**

Please contact our office upon receipt of this letter to discuss this matter further. Our toll free number is **1-800-361-0363**.

Our office hours are 9:00 a.m. to 8:00 p.m. Monday through Thursday, 8:00 to 4:30 p.m. Friday and 8:00 a.m. to 12:00 p.m. on Saturday central standard time.

Sincerely,

*Rosenthal, Morgan and Thomas, Inc.*

Unless you notify this office within thirty days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If notice is sent to this office in writing within thirty days from receipt of this notice, this office will obtain verification of this debt or obtain a copy of the judgment and mail you a copy of the verification or judgment as well as the name and address of the original creditor if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.
100